UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBCI HOLDINGS, INC. f/k/a
RHEINGOLD BREWING COMPANY,
INC. and EDWARD FEIGELES,

    Plaintiffs,

        v.

DRINKS AMERICAS HOLDINGS, LTD.,

    Defendant.

Civil Action No. 07-CV-02877-DC

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **RBCI HOLDINGS, INC. f/k/a RHEINGOLD BREWING COMPANY, INC. and EDWARD FEIGELES** (a private non-governmental party) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: none.

Respectfully Submitted,

TROUTMAN SANDERS LLP

By: _____
    David J. Sheehan (DS 4818)

**Dated:** April 10, 2007
        New York, New York

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 704.6213
Facsimile: (212) 704-8356
e-mail: David.Sheehan@TroutmanSanders.com

*Attorney for Plaintiffs*