AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_Southern_      **DISTRICT OF**   _New York_

RBCI HOLDINGS, INC. F/K/A
RHEINGOLD BREWING COMPANY,
INC. AND EDWARD FEIGELES,
       Plaintiffs,

**V.**

DRINKS AMERICAS HOLDINGS, LTD.,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 07 CV 2877

## JUDGE CHIN

TO: (Name and address of defendant)

Drinks Americas Holdings, Ltd.
37 a Danbury Road
Wilton, Connecticut 06897

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Sheehan (DS 4818)
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 0 2007

CLERK

_Marcos Quintero_

DATE

(BY) DEPUTY CLERK

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RBCI HOLDINGS, INC. f/k/a
RHEINGOLD BREWING COMPANY, INC. and
EDWARD FEIGELES,

          Plaintiffs,

        -against-

DRINKS AMERICAS HOLDINGS, LTD.,

        Defendant.
-----------------------------------------------------------X

Case No. 07 CV 2877
(Judge Chin)

AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT   )
                S.S.:
COUNTY OF HARTFORD   )

      ERIC RUBIN, being duly sworn, deposes and says that he is over the age of

eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 12th day of April, 2007, at approximately the time of 2:20 PM,

deponent served a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT upon

DRINKS AMERICAS HOLDINGS, LTD. at 372 Danbury Road, Wilton, CT, by personally

delivering and leaving the same with JASON LAZO who informed deponent that he holds the

position of C.O.O. with that company and is authorized by law to receive service at that address.

      JASON LAZO is a white male, approximately 40 years of age, stands

approximately 6 feet 10 inches tall, weighs approximately 150 pounds with brown hair.

_____
ERIC RUBIN

Sworn to before me this
17th day of April, 2007

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com