```
05/07/2007  04:23    2123633313         S.GOPSTEIN                    PAGE  02
2007-May-01  10:43 PM   TroutmanSanders   9736451190
```

```
05/01/2007 10:46 FAX 9144727778    SGLAW                               ☒002
```

CHIN, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
RBCI HOLDINGS, INC. f/k/a
RHEINGOLD BREWING COMPANY, INC. and    : 07 CV 2877
EDWARD FEIGELES,                       : Judge Chin

   Plaintiffs,            : STIPULATION EXTENDING
                                        : TIME TO ANSWER OR MOVE
- against -

DRINKS AMERICAS HOLDINGS, LTD.,

   Defendant.
----------------------------------X

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties hereto that the time in which the defendant, Drinks Americas Holdings, Ltd., may answer, plead or otherwise move with respect to the summons and complaint in this action is extended to and including June 1, 2007. Defendant, Drinks Americas Holdings, Ltd., hereby consents to the personal jurisdiction of this Court.

Dated: May 1, 2007

TROUTMAN SANDERS LLP        LAW OFFICES OF
              SHELDON H. GOPSTEIN, ESQ.

Attorneys for Plaintiffs,                    Attorneys for Defendant,
RBCI Holdings, Inc. And Edward Feigeles       Drinks Americas Holdings, Ltd.

By: _____               By: _____
  David J. Sheehan (DS4418)                   Sheldon H. Gopstein (SG0642)

405 Lexington Avenue                         130 West 42nd Street, Suite 410
New York, NY 10174                           New York, NY 10036
(212) 704-6000                               (212) 363-2400

SO ORDERED:

_____
5/9/07



FACSIMILE TRANSMISSION FROM:

**DENNY CHIN**
United States District Judge

Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312

Telephone: (212) 805-0200                                      Facsimile: (212) 805-7906

DATE:                                                          TIME:
       5/9/07

TO:
       David J. Sheehan

FIRM:
       Troutman Sanders LLP

FAX NO.:
       (212) 704-6288

MESSAGE:   ** YOU ARE REQUIRED TO FAX COPIES OF THE ATTACHED
           DOCUMENT TO ALL COUNSEL OF RECORD IN THIS CASE **

Number of Pages (including this cover page):   2