IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
RBCI HOLDINGS, INC. f/k/a/ :
RHEINGOLD BREWING COMPANY, :
INC. and EDWARD FEIGELES :
                                                             :    Case Number 07CV2877
    Plaintiffs, :
                                                             :
  -v-.- :
                                                             :
DRINKS AMERICAS HOLDINGS, LTD :
                                                             :
    Defendant :
---------------------------------------------------------X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above captioned case as counsel for defendant Drinks Americas Holdings, Ltd. I certify that I am admitted to practice in this court.

**I HEREBY CERTIFY** that on June 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsels of record.

Dated: New York, New York
June 1, 2007

                                       *s/ SHELDON GOPSTEIN*
                                       ATTORNEY FOR DEFENDANT
                                       130 West 42nd Street, Suite 410
                                       New York, NY 10036
                                       Tel. 212-363-2400
                                       Fax 212-363-3313
                                       E-mail: sglaw@optonline.net