03   2123633313          S. GOPSTEIN                                PAGE  02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RBCI HOLDINGS, INC. f/k/a
RHEINGOLD BREWING COMPANY, INC.,          : 07 CV 2877 (DC)

                    Plaintiff,             : STIPULATION EXTENDING
                                                   : TIME TO ANSWER OR MOVE

      - against -

DRINKS AMERICAS HOLDINGS, LTD.,

                    Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties hereto that the time in which the defendant, Drinks Americas Holdings, Ltd., may answer, plead or otherwise move with respect to the First Amended Complaint in this action is extended to and including July 23, 2007. Defendant, Drinks Americas Holdings, Ltd., hereby consents to the personal jurisdiction of this court.

Dated: July 5, 2007

TROUTMAN SANDERS LLP

Attorneys for Plaintiff,
RBCI Holdings, Inc.

By: _____
   David J. Shaffer (DS4818)

405 Lexington Avenue
New York, NY 10174
(212) 704-6000

LAW OFFICES OF
SHELDON H. GOPSTEIN, ESQ.

Attorneys for Defendant,
Drinks Americas Holdings, Ltd.

By: _____
   Sheldon H. Gopstein (SG0682)

130 West 42nd Street, Suite 410
New York, NY 10036
(212) 363-2400

SO ORDERED:

_____
U.S.D.J.

7/11/07