**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
RBCI HOLDINGS, INC. f/k/a RHEINGOLD
BREWING COMPANY, INC.

                                    CIVIL NO. 07-02877 (DC)

                      Plaintiff,

    -against-

DRINKS AMERICAS HOLDINGS, LTD.

                      Defendant.
-----------------------------------------------------------X

**MOTION TO DISMISS**
**BY**
**DEFENDANT DRINKS AMERICAS HOLDINGS, LTD**

Defendant Drinks Americas Holdings, Ltd. ("Drinks Americas"), by its attorneys, hereby moves to dismiss the above captioned matter for lack of subject matter jurisdiction and failure to state a cause of action pursuant to Fed. R. Civ. P. 12(b)(1) & (6), and the Local Rules of this Court on the grounds that plaintiff lacks standing to bring trademark infringement claims against Drinks Americas, that plaintiff fails to state a claim upon which relief can be granted, and that this Court lacks subject matter jurisdiction.

This Motion is supported by:

1. *Defendant Drinks Americas' Memorandum of Law in Support of its Motion to Dismiss*; and

2. *Affirmation of Sheldon H. Gopstein, Esq. in Support of Defendant Drinks Americas' Motion to Dismiss and all attached Exhibits.*

Oral argument shall be held before the Honorable Denny Chin, United States District Court Judge, on a date and at a time to be designated by the Court at the United

States Courthouse for the Southern District of New York located 500 Pearl Street, New York, New York.

Dated: New York, New York
      September 14, 2007

                                          Respectfully submitted,

                                          LAW OFFICES OF SHELDON H. GOPSTEIN, ESQ.

                                          By: *s/ Sheldon Gopstein*
                                          Sheldon H. Gopstein
                                          Attorneys for Defendant,
                                          Drinks Americas Holdings, Ltd.
                                          130 West 42nd Street, Suite 410
                                          New York, NY 10036
                                          Tel. 212-363-2400
                                          E-mail: sglaw@optonline.net