IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

RBCI HOLDINGS, INC.  f/k/a RHEINGOLD
BREWING COMPANY, INC.

                                                                  CIVIL NO. 07-02877 (DC)

                        Plaintiff,

    -against-

DRINKS AMERICAS HOLDINGS, LTD.

                        Defendant.

----------------------------------------------------------X

## **DECLARATION OF SHELDON H. GOPSTEIN**

      Sheldon H. Gopstein, pursuant to 28 U.S.C. 1746, declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the attorney for defendant Drinks Americas Holdings, Ltd. in this action.

2. I submit this Declaration to place before this Court true and correct copies of documents relevant to defendant Drinks Americas Holdings, Ltd.'s motion to dismiss the amended complaint in the above-captioned action.

3. Attached hereto as Exhibit A is a true and correct copy of the License Agreement assigned by plaintiff RBCI Holdings Inc. to defendant Drinks Americas Holdings, Ltd.

4. Attached hereto as Exhibit B is a true and correct copy of the United States Patent and Trademark Office information for the trademark Rheingold showing the current owner of the trademark Rheingold as Pabst Brewery Company

5.  Attached hereto as Exhibit C is a true and correct copy of the Asset Purchase Agreement between RBCI Holdings Inc. and Drinks Americas Holdings, Ltd dated October 27, 2005.

6.  Attached hereto as Exhibit D is a true and correct copy of the Amended Complaint.

Dated: New York, New York
September 14, 2007

*s/ Sheldon Gopstein*
Sheldon H. Gopstein
Attorneys for Defendant,
Drinks Americas Holdings, Ltd.
130 West 42nd Street, Suite 410
New York, NY 10036
Tel. 212-363-2400
