

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Sep 7 04:09:21 EDT 2007

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | CURR LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: ___ OR Jump to record: ___ **Record 14 out of 15**

TARR Status | ASSIGN Status | TDR | TTAB Status ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | **RHEINGOLD** |
| **Goods and Services** | IC 032. US 048. G & S: MALT BEVERAGES WITH NOT MORE THAN THE LEGAL ALCOHOLIC CONTENT. FIRST USE: 18900101. FIRST USE IN COMMERCE: 18900101 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71337765 |
| **Filing Date** | May 12, 1933 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0320606 |
| **Registration Date** | January 1, 1935 |
| **Owner** | (REGISTRANT) UNITED STATES BREWING CO. OF CHICAGO CORPORATION ILLINOIS 2519 ELSTON AVE CHICAGO ILLINOIS |
| | (LAST LISTED OWNER) PABST BREWING COMPANY CORPORATION DELAWARE 100 SHORELINE HIGHWAY MILL VALLEY CALIFORNIA 94941 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | WILLIAM B. NASH |

| | |
|---|---|
| **Prior Registrations** | 0291673 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 12C. SECT 15. SECTION 8(10-YR) 20050203. |
| **Renewal** | 1ST RENEWAL 20050203 |
| **Live/Dead Indicator** | LIVE |



| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY