David J. Sheehan, Esq.
Oren J. Warshavsky, Esq.
Jason S. Oliver, Esq.
**TROUTMAN SANDERS LLP**
The Chrysler Building
450 Lexington Avenue
New York, New York 10174

*Counsel for Plaintiff RBCI Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

RBCI HOLDINGS, INC. f/k/a
RHEINGOLD BREWING COMPANY,
INC.,

               Plaintiff,

   -against-

DRINKS AMERICAS HOLDINGS, LTD.,

              Defendant.
------------------------------------x

*Document Filed Electronically*

CIVIL NO. 07-02877 (DC)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE**, that the undersigned hereby appears on behalf of Plaintiff, RBCI Holdings, Inc. f/k/a Rheingold Brewing Company, Inc., in the above captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: October 4, 2007
New York, New York

**TROUTMAN SANDERS LLP**

By: s/ Jason S. Oliver
Jason S. Oliver (JO-1676)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Phone: (212) 704-6089
Fax: (212) 704-5936
jason.oliver@troutmansanders.com

NEWYORK01 1219928v1 010350-112115