UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| RBCI HOLDINGS, INC. f/k/a RHEINGOLD BREWING COMPANY, INC., | *Document Filed Electronically* |
| | Civil Action No. 07-cv-02877 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| DRINKS AMERICAS HOLDINGS, LTD., | |
| Defendant. | |

------------------------------------------------------X

     I hereby certify that on this 5th day of October, 2007, a true and accurate copy of the foregoing: (1) Plaintiff RBCI Holdings, Inc.'s Brief in Opposition to Drinks Americas Holdings, Ltd.'s motion to dismiss the Amended Complaint; and (2) Declaration of Jason S. Oliver, Esq. with attached Exhibits A-D, was transmitted via federal express and ECF Notification upon:

    Sheldon H. Gopstein, Esq.
    Law Offices of Sheldon H. Gopstein, Esq.
    130 West 42nd Street, Suite 410
    New York, NY  10036

                      by:    s/ Jason S. Oliver
                                Jason S. Oliver
                                Troutman Sanders LLP
                                The Chrysler Building
                                405 Lexington Avenue
                                New York, New York  10174
                                jason.oliver@troutmansanders.com

Dated: October 5, 2007
       New York, New York