UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RBC1 HOLDINGS, INC.

                Plaintiff,

                                          07 CIVIL 2877 (DC)

       -against-

DRINKS AMERICAS HOLDINGS, LTD.

                Defendant.

------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: SHELDON H. GOPSTEIN, ESQ.

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: SG 0682

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From: SHELDON HOWARD GOPSTEIN

    To: LAW OFFICE OF SHELDON H. GOPSTEIN, ESQ.

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address: 130 WEST 42ND ST., SUITE 410, NYC 10036

[X] Telephone Number: 212-363-2400

[X] Fax Number: 212-363-3313

[X] E-Mail Address: SGLAW@OPTONLINE.NET

Dated: 12/27/07