Oren J. Warshavsky
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, New York 10174
Tel: (212) 704-6000
Fax: (212) 704-6288
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                   :

RBCI HOLDINGS, INC. f/k/a
RHEINGOLD BREWING COMPANY,
INC.,                                 :        **NOTICE OF APPEARANCE**
                  Plaintiff,
    -against-                     :        **Civil Action No. 07-02877 (DC)**

DRINKS AMERICAS HOLDINGS, LTD,   :

                  Defendant.   :

---------------------------------------------------------------x

  PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Plaintiff in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Date:   New York, New York
         April 1, 2008

                                                  Respectfully submitted,

                                                    /s/ Oren J. Warshavsky
                                                Oren J. Warshavsky
                                                Troutman Sanders LLP
                                                The Chrysler Building
                                                405 Lexington Avenue
                                                New York, New York 10174