UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RBCI HOLDINGS, INC. f/k/a             :        *Document Filed Electronically*
RHEINGOLD BREWING COMPANY,   :
INC.,                                                  :        Civil Action No. 07-cv-02877
                                                         :
               Plaintiff,                          :
                                                         :        **CERTIFICATE OF SERVICE**
       v.                                            :
DRINKS AMERICAS HOLDINGS, LTD., :
                                                         :
               Defendant.                      :
-------------------------------------------------------X

   I hereby certify that on this 16th day of May, 2008, a true and accurate copy of Plaintiff RBCI Holdings, Inc.'s Answer to Defendants' Counterclaims, was transmitted via ECF Notification upon:

   Sheldon H. Gopstein, Esq.
   Law Offices of Sheldon H. Gopstein, Esq.
   130 West 42nd Street, Suite 410
   New York, NY  10036


                                                    by:     s/ Jason S. Oliver
                                                              Jason S. Oliver
                                                              Troutman Sanders LLP
                                                              The Chrysler Building
                                                              405 Lexington Avenue
                                                              New York, New York  10174
                                                              jason.oliver@troutmansanders.com

Dated: May 16, 2008
          New York, New York