UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RBCI HOLDINGS, INC. f/k/a RHEINGOLD BREWING COMPANY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> DRINKS AMERICAS HOLDINGS, LTD.,, <br><br> Defendant. | INDEX NO. 07-cv-02877 (DC) |

    PLEASE TAKE NOTICE that Oren J. Warshavsky, Esq., counsel of record for Plaintiff, in the above captioned action, has become a member of Baker & Hostetler LLP. Please substitute Oren J. Warshavsky, Esq. of Baker & Hostetler LLP in place and stead of Oren J. Warshavsky, Esq. Troutman Sanders LLP as of the date hereof. The undersigned hereby requests that all pleadings and other filings regarding this matter be served upon the undersigned attorneys at the office address listed below and hereby requests electronic notification of all papers filed with the Court by notice upon the following email addresses: owarshavsky@bakerlaw.com.

Dated: New York, New York
       July 16, 2008

                                  BAKER & HOSTETLER LLP

                                  By: _____
                                      Oren J. Warshavsky
                                  45 Rockefeller Plaza
                                  New York, New York  10111
                                  (212) 589-4200
                                  *Incoming Counsel for Intervention-Plaintiff*