IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
RBCI HOLDINGS, INC. f/k/a/  :
RHEINGOLD BREWING COMPANY, :
INC. :
 : Case Number 07CV2877
  Plaintiffs, :
 :
  -v-.- :
 :
DRINKS AMERICAS HOLDINGS, LTD :
 :
  Defendant :
---------------------------------------------------------X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

  Please enter my appearance in the above captioned case as of counsel to Sheldon Gopstein, Esq., counsel for defendant Drinks Americas Holdings, Ltd. I certify that I am admitted to practice in this court.

  **I HEREBY CERTIFY** that on September 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsels of record.

Dated: New York, New York
September 3, 2008

        *s/ CHRISTELLE CLEMENT*
        OF COUNSEL TO SHELDON GOPSTEIN, ESQ.
        ATTORNEY FOR DEFENDANT
        130 West 42nd Street, Suite 410
        New York, NY 10036
        Tel. 212-363-2400
        Fax 212-363-3313
        E-mail: cgc@cclementlaw.com