# MEMO ENDORSED

**Law Offices of Sheldon H. Gopstein, Esq.**
*130 West 42nd Street, Suite 410*
*New York, NY 10036*

*tel. 212-363-2400*
*fax 212-363-3313*

e-mail: sglaw@optonline.net

September 22, 2008

VIA FAX

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/08
```

Re: RBCI Holdings, Inc. f/k/a Rheingold Brewing Company, Inc.
    v. Drinks Americas Holdings, Ltd.
    Case No. 07-cv-02877

Dear Judge Chin:

    I am counsel for the defendant writing with the approval and consent of counsel for the plaintiff to request that all discovery responses due on September 24, 2008 (pursuant to your Order of September 17, 2008) be extended for two weeks until October 8, 2008. The parties are earnestly engaged in serious settlement negotiations at this time and wish to conserve resources on both sides. The extension would not affect the outside dicovery cut-off date of November 14, 2008. We appreciate Your Honor's cooperation in helping us to resolve this matter.

*Approved.*
*So ORDERED.*

Respectfully yours,

Sheldon H. Gopstein

cc. Oren Warshavsky, Esq. (fax: 212-589-4201)

USDJ 9/24/08